502 A.2d 1239

**Michelle MASCARO, a Minor and Kenneth Mascaro and Michelle Mascaro**

v.

**YOUTH STUDY CENTER, City of Philadelphia, Wilson Goode and Commonwealth of Pennsylvania, Petitioners.**

Supreme Court of Pennsylvania.

Dec. 27, 1985.

Petition for Allowance of Appeal GRANTED, No. 2 E.D. Appeal Docket 1986.